IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN RYAN STEINMAN**                                                                                    **PLAINTIFF**

v.                              Case No. 4:20-cv-877-LPR-JJV

**A. VELAZQUEZ, Deputy,**
**Brassell Detention Center;** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe.  (Doc. 4).   There have been no objections.  After careful review of the Findings and Recommendations, as well as the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff may proceed with his failure to protect claim against Defendant Velazquez *in his personal capacity only*.  All other claims are dismissed without prejudice. Defendant Jefferson County is dismissed without prejudice.   Defendant Brassell Detention Center is dismissed with prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 5th day of October 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE