# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KEVIN RYAN STEINMAN                                                      PLAINTIFF

v.                       4:20-cv-00877-LPR-JJV

A. VELAZQUEZ, Deputy,
Brassell Detention Center                                           DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

                           Clerk, United States District Court
                              Eastern District of Arkansas
                       600 West Capitol Avenue, Suite A149
                                Little Rock, AR 72201-3325

## DISPOSITION

Kevin Ryan Steinman ("Plaintiff") is a prisoner in the Lincoln County Jail. On July 31, 2020, he filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant Deputy A. Velazquez failed to protect him from being attacked by other prisoners while was in the Brassell Detention Center. (Doc. 2.) His claims against the other Defendants were dismissed without prejudice during 28 U.S.C. § 1915A screening. (Doc. 6.)

Service on Defendant Velazquez at the Brassell Detention Center and his last known mailing address has been returned unexecuted. (Docs. 7, 10.) On November 3, 2020, I explained to Plaintiff that it was his obligation to provide a valid service address for Defendant Velazquez, gave him thirty days to file a Motion for Service providing that information, and cautioned him I would recommend this case be dismissed without prejudice if he failed to timely do so. (Doc. 11.) The time to comply with my Order has expired, and Plaintiff has not provided a service address for Defendant Velazquez within ninety days of commencing this action. Accordingly, I recommend this case be dismissed without prejudice due to a lack of service. *See* Fed. R. Civ. P. 4(m).

IT IS, THEREFORE, RECOMMENDED THAT:

1. This case be DISMISSED without prejudice.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of December 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE