# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEVIN RYAN STEINMAN**                                                                                    **PLAINTIFF**

v.                              Case No. 4:20-cv-00877-LPR-JJV

**A. VELAZQUEZ, Deputy,**
**Brassell Detention Center;** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 12). No objections have been filed. After careful consideration of the Proposed Findings and Recommendations, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's claim against Defendant Velazquez is DISMISSED without prejudice due to lack of service. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting the Recommendations would not be taken in good faith.

IT IS SO ORDERED this 5th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE