# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN RYAN STEINMAN**                                                                **PLAINTIFF**

v.                                    Case No. 4:20-cv-00877-LPR-JJV

**A. VELAZQUEZ, Deputy,**
**Brassell Detention Center;** *et al.*                                                **DEFENDANT**

## JUDGMENT

Consistent with the previously entered Orders, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 5th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE